

# THE ATTORNEY GENERAL
## OF TEXAS

**AUSTIN 11, TEXAS**

JOHN BEN SHEPPERD
ATTORNEY GENERAL.

October 4, 1954

Hon. C. H. Cavness
State Auditor
Capitol Building
Austin, Texas

Opinion No. S-142

Re: Travel expense of State
     employees.

Dear Mr. Cavness:

     You have requested our opinion as to whether, "where it is cheaper, the traveling (State) employee may return to his home daily rather than to have to stay out at State expense."

     Section 8a of Article VI of Chapter 81 of the Acts of the 53rd Legislature, 1953, page 127, the General Appropriation Bill, at page 345, provides in part:

> "The amounts herein appropriated for the pay-
> ment of traveling expenses of the agencies are intended
> to be the maximum amounts that shall be paid by the
> State as reimbursement of travel expenses of State em-
> ployees. The agency heads are charged with the respon-
> sibility of planning the activities of their offices so that
> all travel expense shall be paid in full as long as the cer-
> tified expense accounts are within the maximum herein
> prescribed."

     As thus provided, the planning and control of employees' travel and its incident expense is the responsibility of the head of the agency concerned, within the maximum limit fixed by the Legislature. It is within the province of such agency head to require the employee who is away on official temporary duties to report back to his permanent station on week ends or each evening if he deems it expedient, and it is our opinion that an employee who performs travel in compli-ance therewith is entitled to reimbursement upon his proper application.

Insofar as it conflicts herewith, Attorney General's Opinion O-1404 (1939) is hereby overruled.

## SUMMARY

When an employee is authorized to return to his home by the head of his agency, it is a proper travel expenditure under Section 8a of Article VI of Chapter 81, Acts of the 53rd Legislature, 1953.

Attorney General's Opinion O-1404 (1939) insofar as it conflicts herewith is hereby overruled.

APPROVED:                                      Yours very truly,

Willis Gresham                          JOHN BEN SHEPPERD
Public Affairs Division                    Attorney General

John Davenport
Reviewer

By _____
Robert S. Trotti                              Assistant
First Assistant

John Ben Shepperd
Attorney General

JA:he